HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
hannah_labaree@fd.org

Attorneys for Defendant
GUILLERMO JOSE LEON RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00012 MCE |
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| vs. | |
| GUILLERMO JOSE LEON RAMIREZ, | DATE: September 12, 2019 TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

1. By previous order, this matter was set for status on September 12, 2019.

2. By this stipulation, the defendant now moves to continue the status conference and set for a change of plea hearing for October 10, 2019 at 10:00 a.m., and to exclude time between September 12, 2019, at 10:00 a.m., and October 10, 2019 at 10:00 A.M., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes more than 100 pages of written discovery, as well as numerous audio and video files and spreadsheets of calls and text messages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) On or about March 20, 2019, the government produced additional audio/video discovery.

  c) Counsel for defendant desires additional time review this discovery, to consult with her client, and to otherwise prepare for trial.

  d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. In particular, counsel for defendant was in a trial commencing August 19, 2019, and completing August 22, 2019.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 12, 2019 to October 10, 2019 at 10:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 10, 2019     Respectfully submitted,

         HEATHER E. WILLIAMS
         Federal Defender

         /s/ Hannah R. Labaree
         HANNAH R. LABAREE
         Assistant Federal Defender

DATED: September 10, 2019     MCGREGOR W. SCOTT
         United States Attorney

         */s/ David Spencer*
         DAVID SPENCER
         Assistant United States Attorney
         Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: September 13, 2019

         MORRISON C. ENGLAND, JR
         UNITED STATES DISTRICT JUDGE