HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
GUILLERMO RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00012-MCE |
|---|---|
| Plaintiff, | ) |
| | ) UNOPPOSED REQUEST FOR MODIFICATION OF |
| vs. | ) CONDITIONS OF PRETRIAL RELEASE; |
| | ) [PROPOSED] ORDER |
| GUILLERMO RAMIREZ, | ) |
| | ) Hon. Edmund F. Brennan |
| Defendant. | ) |
| | ) |

The defendant, GUILLERMO RAMIREZ, is currently on pretrial release in this district on a $50,000 appearance bond secured by a deed of trust and co-signed by his brother, Aurelio L. Ramirez. See CR 12 (appearance bond) and CR 20 (deed of trust).

On March 30, 2020, Mr. Ramirez' Pretrial Services Officer indicated that Mr. Ramirez is in compliance with his conditions of release. One of those conditions of release is drug testing. The Pretrial Services Officer indicated Mr. Ramirez not submitted a single positive test result since his release on December 3, 2018.

Mr. Ramirez, through Assistant Federal Defender, Hannah R. Labaree, requests that Defendant's Conditions of Release be amended so to eliminate the drug testing condition. Proposed amended conditions were provided to the defense by Pretrial Services, and are attached

//
//
//

Unopposed Request for Modification of
Conditions of Pretrial Release; [Proposed] Order

to this motion. In light of the Pretrial Services Officer's recommendation for removal of the drug testing condition, the Assistant United States Attorney has no objection.

Respectfully submitted,

DATED: March 31, 2020					HEATHER E. WILLIAMS
							Federal Defender

							*/s/ Hannah R. Labaree*
							HANNAH R. LABAREE
							Assistant Federal Defender
							Attorney for GUILLERMO RAMIREZ

# **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Special Conditions of Release for defendant, Guillermo Ramirez, be Amended such that the drug testing condition be **removed.** All other conditions of pretrial release shall remain in force.

The Amended Special Conditions of Release are hereby adopted.

DATED: March 31, 2020

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

# EXHIBIT A

# AMENDED SPECIAL CONDITIONS OF RELEASE

    Re: Guillermo Jose Leon Ramirez
    No. 2:19-cr-00011-JAM; 2:19-cr-00012-MCE
    Date: March 31, 2020

1. Your release on bond will be delayed until the posting of the secured property bond. You will be released at 9:00 am on the first working day following the posting of the secured bond, at which time you will be released from the custody of the United States Marshals directly to Pretrial Services;

2. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must provide documentation to Pretrial Services from Immigration officials authorizing you to obtain lawful employment in the United States;

8. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

10. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

11. CURFEW: You must remain inside your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations; and

12. You must report any contact with law enforcement to your pretrial services officer within 24 hours.