HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
GUILLERMO JOSE LEON RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.   2:19-cr-0011 JAM |
| ) | 2:19-cr-0012 MCE |
| Plaintiff, ) | |
| ) | UNOPPOSED MOTION AND ORDER FOR |
| vs. ) | **TEMPORARY** MODIFICATION OF |
| ) | CONDITIONS OF PRETRIAL RELEASE |
| GUILLERMO JOSE LEON RAMIREZ, ) | |
| ) | Honorable Allison Claire |
| Defendant. ) | |
| ) | |
| _____ ) | |

The defendant, GUILLERMO JOSE LEON RAMIREZ, is currently on pretrial release in this district. He has cosigned a bond along with his brother, Aurelio Leon Ramirez, secured by all the equity in his brother's home. See CR 7 in 2:19-cr-011 JAM. Mr. Ramirez resides in Oroville, California.

Mr. Ramirez is charged in 2:19-cr-0011 JAM with one violation of 18 U.S.C. § 922(g) (felon in possession of ammunition), and in 2:19-cr-0012 MCE with violations of 21 U.S.C. §§ 846, 841(a)(1) (conspiracy to distribute and to possess with intent to distribute fentanyl) (Count 1), and 21 U.S.C. § 841(a)(1) (distribution of fentanyl) (Counts 2 and 3). See CR 17 in 2:19-cr-11 JAM, and see CR 27 in 2:19-cr-12 MCE. He entered a guilty plea on October 10, 2019, and is scheduled for judgment and sentencing on August 13, 2020.

Mr. Ramirez, through Assistant Federal Defender, Hannah R. Labaree, hereby moves that Defendant's Conditions of Release be **temporarily** amended to suspend condition number 12 (hours of curfew) (CR 23 in 2:19-cr-11 JAM), on August 7 and 8, 2020, with all other conditions

1   to remain in full force and effect.

2        Condition 12 currently requires that Mr. Ramirez remain inside his residence every day from 9:00 P.M. to 6:00 A.M., and is enforced by Condition 11, which imposes on Mr. Ramirez location monitoring.  Defendant requests that special condition 12 be temporarily amended such that Mr. Ramirez be subject to a 1:00 AM curfew on the nights of August 7 and 8.  The purpose is to allow Mr. Ramirez to have friends and family over to his yard to celebrate his birthday (August 5), without worry that his ankle monitor settings will be triggered. Mr. Ramirez lives on a one-acre property in a trailer, and he wants to host a barbecue and have friends and family over to spend time outside on the property.

     On July 24, 2020, Mr. Ramirez' Pretrial Services Officer indicated that Mr. Ramirez is in compliance with his conditions of release.  Pretrial Services is not opposed to the temporary amendment of curfew condition.  The Assistant United States Attorney does not oppose this request in light of the Pretrial Services Officer's approval.

     Mr. Ramirez has been on Pretrial Release since December 3, 2018. *See* 2:19-cr-11 JAM, CR On two previous occasions, Honorable Magistrate Judges Delaney and Newman have granted his unopposed requests for temporary modification of his pretrial release lifting the curfew and ankle monitor requirements for a short period of time. *See* 2:19-cr-12 MCE, CR 75 and 86 (Orders granting temporary modification in September 2019 and January 2020).

/////

/////

/////

/////

/////

/////

/////

/////

/////

Unopposed Motion for Temporary Modification
of Terms of Pretrial Release

1 | Therefore, Defendant respectfully requests that the above-described temporary modification be made to Mr. Ramirez' special conditions of pretrial release for the nights of August 7 and 8.

Respectfully submitted,

DATED: July 27, 2020                    HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Hannah R. Labaree*
                                        HANNAH R. LABAREE
                                        Assistant Federal Defender
                                        Attorney for GUILLERMO JOSE LEON RAMIREZ

### **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Special Condition of Release Number 12 for defendant, Guillermo Jose Leon Ramirez, setting his hours of curfew from 9 PM to 6 AM, be **temporarily amended on August 7 and 8, 2020, such that his curfew last from 1:00 AM to 6:00 AM**.  This condition shall resume under its current terms on the evening of August 9, such that the curfew of 9:00 P.M. be re-imposed on August 9 (condition 12) and enforced via location monitoring (condition 11).  All other conditions of pretrial release shall remain in force.

DATED: July 28, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE