HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH ROSE LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
GUILLERMO JOSE LEON RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUILLERMO JOSE LEON RAMIREZ<br><br>Defendant. | Case No.  2:19-cr-0012 MCE, 2:19-cr-0011 JAM<br><br>**UNOPPOSED REQUEST FOR ORDER TO RELEASE PORTION OF PRETRIAL SERVICE RECORDS; [Proposed] ORDER** |

Defendant Guillermo Jose Leon Ramirez, through counsel, Assistant Federal Defender Hannah Labaree, respectfully requests the court order the United States Pretrial Services Office to disclose the records related to Mr. Ramirez' ankle monitor/radio frequency data, housed within the defendant's Pretrial Services file, for the date of October 6, 2020. This request is made pursuant to Local Rule 461(b), Federal Rule of Criminal Procedure 32, and 18 U.S.C. § 3153(c).

**I.     Procedural Stance**

On November 16, 2020, Mr. Ramirez was charged in Butte County with one count of Sale/Transportation of greater than 28.5G of cannabis in violation of California Health and Safety Code Section 11360(a)(3)(D). The conduct charged occurred on October 6, 2020.

Unopp. Request for Order to
Release Portion of Pretrial Records

-1-

United States v. Ramirez,
2:19-cr-0011 JAM
2:19-cr-0012 MCE

That case is yet unresolved. The allegation also serves as the basis for a pending Pretrial Services Violation petition (CR 99). Further, the veracity of allegation is material to the sentencing factors under 18 U.S.C. § 3553(a), to be considered by the District Court at the time of Mr. Ramirez' Judgment and Sentencing on January 21, 2021.

## II.  Factual Basis for Request

Mr. Ramirez has been on Pretrial release since December 7, 2019. *See* 2:19-cr-11 JAM, CR 46. During the entirety of his release he has been subject to location monitoring pursuant to Special Condition numbers 11 and 12. Under these conditions, Mr. Ramirez is required to be inside his home between the hours of 9 P.M. and 6 A.M. This is enforced by use of the ankle monitor device, which registers when Mr. Ramirez leaves and enters his home such that the Eastern District Pretrial Services Office can monitor his compliance with the curfew hours.

Information about Mr. Ramirez' location on October 6, the date of the conduct underlying the criminal charge in Butte County, is material to the strength of the pending allegation in the Pretrial Services petition and the Butte County criminal charge. The electronic monitor administered by the Pretrial Services contains information related to Mr. Ramirez' "leaves and enters" from his home throughout the period of time he has been on Pretrial release. Undersigned counsel understands that the Pretrial Services Office can furnish radio frequency information derived from the ankle monitor.

## III.  Request

Based on the foregoing, Mr. Ramirez requests that his Court order the Pretrial Services Office to release the radio frequency information from Mr. Ramirez' ankle monitor for October 6, 2020. This information is specific, as required under Local Rule 461, and the information necessary for the defendant to defend against the pending Pretrial Services Violation petition as well as to provide the Court necessary evidence at sentencing related to these allegations.

Unopp. Request for Order to
Release Portion of Pretrial Records    -2-    United States v. Ramirez,
2:19-cr-0011 JAM
2:19-cr-0012 MCE

The attorney for the government has indicated no objection. Both parties will receive the requested information upon disclosure by Pretrial Services.

                                              Respectfully submitted,

DATED:  December 9, 2020           HEATHER E. WILLIAMS
                                                                 Federal Defender

                                                                  */s/ Hannah Rose Labaree*
                                                                  HANNAH ROSE LABAREE
                                                                  Assistant Federal Defender

                                                                  Attorneys for Defendant
                                                                 GUILLERMO JOSE LEON RAMIREZ

Unopp. Request for Order to                   -3-                   United States v. Ramirez,
Release Portion of Pretrial Records                                       2:19-cr-0011 JAM
                                                                                              2:19-cr-0012 MCE

## ORDER

Based on the foregoing, and good cause appearing, it his hereby ORDERED that Pretrial Services shall disclose the requested documents to both parties. Specifically, Pretrial shall disclose the radio frequency information derived from Defendant Ramirez' location monitor for October 6, 2020.

**DATED: December 9, 2020**

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE