1

HEATHER E. WILLIAMS, #122664
Federal Defender

2

HANNAH R. LABAREE, #294338
Assistant Federal Defender

3

801 I Street, 3rd Floor
Sacramento, CA  95814

4

Telephone: (916) 498-5700

5

Attorneys for Defendant

6

GUILLERMO JOSE LEON RAMIREZ

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,

11

Plaintiff,

12

vs.

13

GUILLERMO JOSE LEON RAMIREZ,

14

Defendant.

15

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  2:19-cr-00011-JAM
      No.  2:19-cr-00012-MCE

[PROPOSED] ORDER TO FILE UNDER SEAL
EXHIBIT A TO DEFENDANT'S MOTION FOR
BAIL REVIEW

16

17

**IS HEREBY ORDERED** that the Request to Seal Exhibit A to GUILLERMO JOSE

18

LEON RAMIREZ's Motion for Bail Review is GRANTED, so that the private information is not

19

available on the public docket. The records are to be provided to the Court and opposing counsel.

20

These documents shall remain under seal until further Order of the Court.

21

22

Dated: April 23, 2021

23

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

[Proposed] Order to Seal Documents                    -1-