HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
GUILLERMO JOSE LEON RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:19-cr-00012-MCE |
| Plaintiff, | |
| vs. | ORDER TO FILE UNDER SEAL EXHIBIT A TO DEFENDANT'S SENTENCING MEMORANDUM |
| GUILLERMO JOSE LEON RAMIREZ, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant's Request to Seal, IT IS HEREBY ORDERED that Exhibit A to Defendant's sentencing memorandum and Defendant's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the sentencing letter serves a compelling interest. The Court further finds that, in the absence of closure, compelling interests would be harmed.

The Court further finds that there are no additional alternatives to sealing that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated: August 13, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE