HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HANNAH LABAREE, SBN 294338
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700; F: (916) 498-5710

Attorneys for Defendant
GUILLERMO JOSE LEON RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00012-MCE |
| Plaintiff, | ) **WAIVER OF PERSONAL APPEARANCE AND REQUEST TO APPEAR VIA VIDEO-TELECONFERENCE** |
| vs. | ) |
| GUILLERMO JOSE LEON RAMIREZ, | ) Date: August 19, 2021<br>) Time: 10:00 A.M.<br>) Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) |

On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or telephone phone conferencing if videoconference is not reasonably available – in various criminal proceedings.

Mr. Ramirez, having been advised of his right to appear in person for his sentencing hearing, as well as of the ability to waive his personal appearance and appear via video-teleconference, has elected waived his right to personally appear at his August 19, 2021 sentencing hearing, and instead requests to appear via video-teleconference. If video-teleconference becomes unavailable, he consents to appear via teleconference.

Mr. Ramirez further agrees that the sentencing in this matter cannot be further delayed

1  without serious harm to the interests of justice, within the meaning of General Order 614.

2        Finally, Mr. Ramirez consents to counsel signing this waiver on his behalf, pursuant to
3  General Order 616.  He stipulates that i) obtaining his wet signature is both impractical and
4  imprudent, given the pandemic; ii) he has had an opportunity to consult with counsel regarding
5  this matter; and iii) after said consultation, he consents to his counsel signing this order
6  electronically on his behalf.

                                    Respectfully submitted,

Date: August 17, 2021                 */s/  GUILLERMO JOSE LEON RAMIREZ*
                                                GUILLERMO JOSE LEON RAMIREZ
                                                DEFENDANT

                                                HEATHER E. WILLIAMS
                                                Federal Defender

Date: August 17, 2021                 */s/ Hannah Labaree*
                                                HANNAH LABAREE
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                GUILLERMO JOSE LEON RAMIREZ

**O R D E R**

The Court, having received and considered the defendant's waiver of personal appearance, and good cause appearing therefrom, hereby orders that the defendant's electronic signature is accepted pursuant to General Order 616. Furthermore, his request to appear via video-teleconference (or telephone, if video-teleconference services become unavailable) for the August 19, 2021 sentencing hearing is GRANTED.

IT IS SO ORDERED.

Dated:  August 20, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE