HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
GUILLERMO JOSE LEON RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  2:19-CR-00012-MCE |
| Plaintiff, | ORDER TO RETURN PASSPORT TO DEFENDANT |
| v. | |
| GUILLERMO JOSE LEON RAMIREZ, | JUDGE: Hon. Morrison C. England |
| Defendant. | |

Guillermo Jose Leon Ramirez' Mexican passport (#05883126505) was surrendered to the Clerk's Office during his pretrial release. On September 9, 2021, Mr. Ramirez was sentenced to 48 months incarceration. CR 154. The case having completed, Mr. Ramirez requests that his Mexican passport (#05883126505) be returned to him through his attorney, Assistant Federal Defender Hannah Labaree from the Office of the Federal Defender.

Dated: September 29, 2021                    Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Defender

                                             */s/ Hannah Labaree*
                                             HANNAH LABAREE
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             GUILLERMO JOSE LEON RAMIREZ

**ORDER**

It is hereby ordered that the Clerk's Office return Guillermo Jose Leon Ramirez's Mexican passport (#05883126505) to the defendant through Assistant Federal Defender Hannah Labaree.

IT IS SO ORDERED.

Dated:  October 22, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE